# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TERRY BAGNERIS (#152277)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-431-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 2, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[3] shall granted, dismissing the Plaintiff's claims asserted against the Defendants with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 4 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 19.